USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-15-05

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
CLAUDIA QUINBY,                     :

                Plaintiff,          :    04 Civ. 7406 (WHP)(HBP)

      -against-                     :    ORDER

WESTLB AG,                          :

                Defendant.          :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

A conference having been held on August 10, 2005 during which various discovery issues were discussed, for the reasons stated on the record in open Court, it is hereby ORDERED that:

1. Plaintiff is directed to serve and file her motion for sanctions no later than August 24, 2005. Plaintiff's motion should specifically address the legal basis for the application.

2. Defendant shall serve and file its opposition to plaintiff's motion for sanctions no later than September 14, 2005.

3. Plaintiff shall serve and file her reply in further support of her motion for sanctions no later October 3, 2005.

4. Defendant shall serve and file its motion to shift costs in connection with the production of e-mails no later than August 24, 2005.

5. Plaintiff shall serve and file its opposition to defendant's motion to shift costs no later than September 14, 2005.

6. Defendant shall serve and file its reply in further support of its motion to shift costs no later October 3, 2005.

7. Plaintiff may take the deposition of the appropriate witness after receipt of defendant's motion to shift costs.

8. With respect to documents stored on defendants' AXSOne system, no later than August 19, 2005, counsel for plaintiff shall identify to counsel for defendant one individual and one 30-day period. As soon as practicable thereafter, defendant shall attempt to retrieve e-mails from the AXSOne system for the individual and time period identified.

9. Defendant is directed to complete its production of e-mails and electronic documents no later than September 12, 2005.

10. No later than August 17, 2005, counsel for defendant is to advise counsel for plaintiff of the

cost of re-searching the e-mail files of the three individuals identified by plaintiff for the periods identified by plaintiff for the term "Doubtfire."

11. No later than August 26, 2005, each side shall submit letter briefs, no more than five pages in length, setting forth their respective positions regarding whether documents concerning plaintiff's employment two jobs before her employment with defendant are discoverable.

Dated: New York, New York
August 15, 2005

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies electronically transmitted to:

Carmelyn Pingol Malalis, Esq.
Kathleen Peratis, Esq.
Outten & Golden, LLP
3 Park Avenue
29th Floor
New York, New York 10016

Joel E. Cohen, Esq.
Dawn Jamie Groman, Esq.
McDermott, Will & Emery, LLP
50 Rockefeller Plaza
New York, New York 10536