OUTTEN & GOLDEN LLP
Kathleen Peratis (KP 2118)
Carmelyn P. Malalis (CM 3350)
Ossai Miazad (OM 1127)
3 Park Avenue, 29th Floor
New York, New York 10016
(212) 245-1000
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————x

CLAUDIA QUINBY,                                  04 Civ. 7406 (WHP) (HP)

               Plaintiff,                     **PLAINTIFF'S ELECTION OF**
  – against –                                     **REMITTITUR**

WESTLB AG,

               Defendant.
————————————————————x

Plaintiff, Claudia Quinby, by and through undersigned counsel, accepts the remittitur of compensatory and punitive damages awarded to her by the jury in accordance with the Court's April 15, 2008 Memorandum and Order as follows:

1. Remittitur of compensatory damages award to $300,000;

2. Remittitur of punitive damages award to $700,000.

Dated: August 21, 2008
       New York, New York

                                         Respectfully submitted,

                              By:  Ossai Miazad (OM 1127)
                                   Kathleen Peratis (KP 2118)
                                   Carmelyn Malalis (CM 3350)
                                   3 Park Avenue, 29th Floor
                                   New York, New York 10016
                                   Telephone: (212) 245-1000
                                   *Counsel for Plaintiff*