OUTTEN & GOLDEN LLP
Kathleen Peratis (KP 2118)
Carmelyn P. Malalis (CM 3350)
Ossai Miazad (OM 1127)
3 Park Avenue, 29th Floor
New York, New York 10016
(212) 245-1000
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————x

CLAUDIA QUINBY,

               Plaintiff,

     –  against –

WESTLB AG,

               Defendant.

————————————————————x

04 Civ. 7406 (WHP) (HP)

**PLAINTIFF'S AMENDED ELECTION OF REMITTITUR**

Plaintiff, Claudia Quinby, by and through undersigned counsel, accepts the remittitur of compensatory and punitive damages awarded to her by the jury in accordance with the Court's April 15, 2008 Memorandum and Order as follows:

1. Remittitur of compensatory damages award to $300,000;

2. Remittitur of punitive damages award to $750,000.

Dated: August 25, 2008
New York, New York

Respectfully submitted,

By:   Ossai Miazad (OM 1127)
        Kathleen Peratis (KP 2118)
        Carmelyn Malalis (CM 3350)
        3 Park Avenue, 29th Floor
        New York, New York 10016
        Telephone: (212) 245-1000
        *Counsel for Plaintiff*