UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x          04 Civ. 7406 (WHP)(HBP)
                                  :

CLAUDIA QUINBY,
                                  :

                  Plaintiff,
                                  :

             -against-
                                  :

WESTLB AG,                                                               **NOTICE OF APPEAL**

               Defendant.
                                  :
------------------------------------------------------------- x

> FILED U.S. DC
> SEP 2 5 2008
> S.D. OF N.Y.

Pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, Defendant-Appellant WestLB AG hereby provides timely notice of its appeal to the United States Court of Appeals for the Second Circuit from the Judgment dated September 2, 2008 and entered by the Court on September 9, 2008, the Decision and Order of the Court dated August 15, 2008 and the order entered on November 19, 2007, and all interim and prior rulings of the Court underlying those matters.   Under Rule 4(a)(4)(B)(i), this Notice shall become effective no later than the entry of the order disposing of the last properly filed motion under Rule 4(a)(4)(A).

Dated:   New York, New York
         September 25, 2008

                                 Respectfully submitted,
                                  McDERMOTT WILL & EMERY LLP

                              By:  _____
                                   Joel E. Cohen (JEC 5312)
                                   340 Madison Avenue
                                   New York, New York 10173
                                   Tel: (212) 547-5400
                                   Fax: (212) 547-5444
                                   *Attorneys for Defendant*

NYK 1179533-1.041350.0179

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA QUINBY,

                    Plaintiff,

         -against-                              Case No. 04 Civ. 7406 (WHP)

WESTLB AG,                                          JUDGEMENT

                    Defendant.

WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE

        Pursuant to the Court's Memorandum and Order dated August 15, 2008, and

Plaintiff Claudia Quinby's election to remit the compensatory and punitive damage

awards in accordance with the Court's August 15, 2008 Order, Final Judgment shall be

entered for the Plaintiff and Defendant shall pay Plaintiff the following:

        1.        $747,000 in back pay;

        2.        $300,000 in compensatory damages;

        3.        $750,000 in punitive damages;

        4.        $80,722 in pre-judgment interest; and

        5.        post-judgment interest be calculated by the Clerk of the Court in
                  accordance with 28 U.S.C. section 1961(a).

Dated: September 2, 2008
       New York, New York

                              SO ORDERED:


                              WILLIAM H. PAULEY III
                              UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify under penalty of perjury, pursuant to 28 U.S.C. §1746, that on September 25, 2008 I caused to be served upon the office listed below, via Federal Express overnight delivery, true and correct copies of the annexed Notice of Appeal:

Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, New York 10016

Dated: New York, New York
September 25, 2008

Robert J. Candella