UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
CLAUDIA QUINBY,                                           :

                Plaintiff,                 :     Case No. 04 Civ. 7406 (WHP)(HP)

              v.                                        :     (ECF Case)

WESTLB AG,                                                :     **STIPULATION AND ORDER**

                Defendant.                :
----------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above entitled action (including all claims for attorney's fees and costs) be discontinued with prejudice and without costs to either party and that an order to that effect may be entered without further notice. This Stipulation may be filed with the Clerk of the Court without further notice.

       I hereby consent to the form and entry of the within stipulation.

Dated: New York, New York
       October 31, 2008

OUTTEN & GOLDEN LLP

By: _____
Kathleen Peratis (KP 2118)
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 869-1940

*Attorneys for Plaintiff Claudia Quinby*

MCDERMOTT WILL & EMERY LLP

By: _____
Joel E. Cohen (JEC 5312)
340 Madison Ave.
New York, NY 10173
(212) 547-5400

*Attorneys for Defendant WestLB AG*

SO ORDERED: _____
Hon. William H. Pauley III, U.S.D.J.

NYK 1183309-4.041350.0179

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2008