UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                              :

CLAUDIA QUINBY,

                                                              :    04 Civ. 7406 (WHP)

            Plaintiff,

                                                              :    <u>ORDER</u>

    -against-

                                                               :

WESTLB AG,

                                                               :

            Defendant.

                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2008

WILLIAM H. PAULEY III, District Judge:

       The Clerk of the Court is directed to dismiss all pending motions as moot and mark this case as closed.

Dated: November 5, 2008
       New York, New York

                                        SO ORDERED:

                                        _____
                                           WILLIAM H. PAULEY III
                                                  U.S.D.J.

*Counsel of Record*

Carmelyn Pingol Malalis
Kathleen Peratis
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
*Counsel for Plaintiff*

Dawn Jamie Groman
Joel E. Cohen
McDermott, Will & Emery, LLP
50 Rockefeller Plaza
New York, NY 10536
*Counsel for Defendant*