

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/08

SDNY (NYNY)
04.cv.7406
Pawley
Pitman

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

------------------------------------x

WESTLB AG,

        Appellant,

  -against-

CLAUDIA QUINBY,

        Appellee.

------------------------------------x

04 Civ. 7406 (WHP)(HBP)

08-4777-cv

**STIPULATION TO WITHDRAW APPEAL**

FILED DEC 4 2008 — UNITED STATES COURT OF APPEALS SECOND CIRCUIT — Catherine O'Hagan Wolfe, Clerk

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

The undersigned further stipulate that a signature on this document by facsimile shall be sufficient as an original.

Dated: November 20, 2008
      New York, New York

MCDERMOTT WILL & EMERY LLP

By: _____
    Joel E. Cohen (JEC 5312)
340 Madison Ave.
New York, NY 10173
(212) 547-5400

*Attorneys for Appellant WestLB AG*

OUTTEN & GOLDEN LLP

By: _____
    Kathleen Peratis (KP 2118)
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 869-1940

*Attorneys for Appellee Claudia Quinby*

SO ORDERED:

NYK 1187513-1.041350.01

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By: _____
Lisa J. Greenberg, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by_____
DEPUTY CLERK

SVR:RF/0 * DNIS:500 * CSID:* DURATION (mm-ss):00-56

CERTIFIED: DEC 0 4 2008

MANDATE